UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:17-CV-05432-RGK-AS | Date | December 19, 2017 |
|---|---|---|---|
| Title | Karl Hunter v. Fidelity Creditor Service, Inc. | | |

| Present: The Honorable | R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Sharon L. Williams, Not Present | Not Reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| Not Present | | Not Present |

**Proceedings:** (IN CHAMBERS) ORDER TO SHOW CAUSE

On November 21, 2017, the Court issued an order directing plaintiff to file a motion for default judgment on or before December 18, 2017. A review of the docket shows this order has not been complied with. Plaintiff shall respond in writing on or before December 27, 2017 as to why the action should not be dismissed for lack of prosecution.

**IT IS SO ORDERED.**

: 

Initials of Preparer   slw